**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7184**

———————

MICHAEL MEADE,

Plaintiff - Appellant,

versus

PRINCE GEORGE'S COUNTY POLICE DEPARTMENT,
CHIEF OF POLICE, Superiors, Executives, Un-
known of the County of Prince George's and
Unknown Police Officers, in their official
capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
00-1842-DKC)

———————

Submitted: November 30, 2000      Decided: December 11, 2000

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed as modified by unpublished per curiam opinion.

———————

Michael Meade, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
Local Rule 36(c).

PER CURIAM:

Michael Meade appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A(b) (West Supp. 2000).  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Meade v. Prince George's Police Dep't, No. CA-00-1842-DKC (D. Md. July 3, 2000).  Because Meade may refile his claims should he be convicted on the pending charges and that conviction be overturned or called into question by the appropriate court, we modify the order to reflect a dismissal without prejudice and affirm as modified.  See 28 U.S.C. § 2106 (1994).  We dispense with oral argument because the facts and legal contentions are adequately presented in the  materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED